Opinion issued April 19, 2007.

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00157-CV






IN RE ROBERT E. LOZANO, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, relator, Robert E. Lozano, challenges the
trial court's (1) February 9, 2007 order holding him in contempt for failure to pay child
support.

 We deny the petition for writ of mandamus.

 We vacate our March 2, 2007 order staying the commitment hearing in the
underlying case.

PER CURIAM


Panel consists of Justices Nuchia, Keyes, and Higley.

 

1. 
 -